FILED — LODGED
RECEIVED
JAN 20 2010
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| INTEGRITY STRUCTURES, LLC., <br><br> Plaintiff(s), <br><br> v. <br><br> WINDSOR WINDOW COMPANY, a foreign corporation; HUTTIG, INC., a foreign corporation; RIVER CITY WINDOW & DOOR, INC., a foreign corporation, <br><br> Defendant(s). | NO. 3:09-cv-05100-RBL <br><br> ORDER RE-SETTING DISCOVERY DEADLINE <br><br> [~~PROPOSED~~] |

THIS MATTER having come before the above-entitled Court on Plaintiff INTEGRITY STRUCTURES, LLC's ("Integrity") Motion to Extend Discovery Deadline to Allow Completion of Depositions, and the Court having considered the files and records herein, including:

1. Integrity's Motion to Extend Discovery Deadline to Allow Completion of Depositions;

2. The Declaration of Robert C. Muth in Support of Integrity's Motion to Extend Discovery Deadline to Allow Completion of Depositions;



09-CV-05100-ORD

3. Defendant Windsor Window Company's ("Windsor") Response to Plaintiff's Motion to Extend Discovery Deadline to Allow Completion of Depositions;

4. Integrity's Reply Motion to Extend Discovery Deadline to Allow Completion of Depositions, and being otherwise fully advised in the premises, now, therefore, it is hereby

ORDERED that the deadline for discovery cut off is extended to February 22, 2010, for the limited purpose of conducting depositions of corporate representatives of defendant Huttig, defendant River City Window & Door, and Anderson Door & Window. Any variances to the list of deponents in the extended discovery period shall be by court order *following specific request of a party. RBL*

IT IS SO ORDERED.

DATED this 20th day of January, 2010.

Honorable Ronald B. Leighton
U.S. District Court, Western District Judge