1  Robert C. Muth, OSB No. 971710                    Honorable Ronald B. Leighton
   Admitted Pro Hac Vice
2  rmuth@kilmerlaw.com
   Kilmer, Voorhees & Laurick, P.C.
3  Attorneys at Law
   732 N.W. 19th Avenue
4  Portland, Oregon 97209-1302
   Telephone: (503) 224-0055
5  Fax: (503) 222-5290

6       Of Attorneys for Plaintiff

FILED / RECEIVED / LODGED
FEB 26 2010
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                  DEPUTY

8            IN THE UNITED STATES DISTRICT COURT

9         FOR THE WESTERN DISTRICT OF WASHINGTON

11  INTEGRITY STRUCTURES, LLC.
                                              Case No. 09-CV-05100-RBL
12                    Plaintiff,

13          v.                                LIMITED JUDGMENT OF DISMISSAL AS
                                              TO DEFENDANT RIVER CITY WINDOW
14  WINDSOR WINDOW COMPANY. a                 & DOOR, INC. **ONLY**
    foreign corporation; HUTTIG INC., a
15  foreign corporation; RIVER CITY
    WINDOW & DOOR, INC., a foreign
16  corporation.
                                              [FRCP 41(a)(1)(A)(ii)]
17                    Defendants.

19       THIS MATTER coming on or before the court on the stipulation of the attorneys for the

20  respective parties herein, and the court being fully advised in the premises and finding there is no

21  just reason for delay, now, therefore:

22  ///
23  ///                                       09-CV-05100-ORD
24  ///
25  ///
26

Page 1 - LIMITED JUDGMENT OF DISMISSAL AS TO
DEFENDANT HUTTIG, INC. **ONLY**

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290

1     IT IS ORDERED AND ADJUDGED that plaintiff's claims against River City Window

2 & Door, Inc. ONLY are dismissed with prejudice and without costs or attorney fees to any party.

3     DATED this 26th day of February, 2010.

4

5

6                                     Honorable Ronald B. Leighton

7 So Stipulated:

8

9 Robert C. Muth, OSB No. 971710     Christopher D. Anderson, WSB No. 29337

10 Admitted Pro Hac Vice     christopher.anderson@thehartford.com
    rmuth@kilmerlaw.com     Of Attorneys for River City Window & Door

11 Of Attorneys for Plaintiff

Page 2 - LIMITED JUDGMENT OF DISMISSAL AS TO
DEFENDANT HUTTIG, INC. **ONLY**

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N W 19th AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290