Robert C. Muth, OSB No. 971710
Admitted Pro Hac Vice
rmuth@kilmerlaw.com
Kilmer, Voorhees & Laurick, P.C.
Attorneys at Law
732 N.W. 19th Avenue
Portland, Oregon 97209-1302
Telephone: (503) 224-0055
Fax: (503) 222-5290

Of Attorneys for Plaintiff

Honorable Ronald B. Leighton

FILED
RECEIVED LODGED
FEB 26 2010
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| INTEGRITY STRUCTURES, LLC. <br><br> Plaintiff, <br><br> v. <br><br> WINDSOR WINDOW COMPANY. a foreign corporation; HUTTIG INC., a foreign corporation; RIVER CITY WINDOW & DOOR, INC., a foreign corporation. <br><br> Defendants. | Case No. 09-CV-05100-RBL <br><br> LIMITED JUDGMENT OF DISMISSAL AS TO DEFENDANT HUTTIG, INC. **ONLY** <br><br> [FRCP 41(a)(1)(A)(ii)] |

THIS MATTER coming on or before the court on the stipulation of the attorneys for the respective parties herein, and the court being fully advised in the premises and finding there is no just reason for delay, now, therefore:

///

///

09-CV-05100-ORD

///

///

Page 1 - LIMITED JUDGMENT OF DISMISSAL AS TO
DEFENDANT HUTTIG, INC. **ONLY**

1	IT IS ORDERED AND ADJUDGED that plaintiff's claims against Huttig, Inc. ONLY
2	are dismissed with prejudice and without costs or attorney fees to any party.
3	DATED this 26th day of February, 2010.

_____
Honorable Ronald B. Leighton

So Stipulated:

_____        _____
Robert C. Muth, OSB No. 971710          Heather C. Yakely, WSB No. 28848
Admitted Pro Hac Vice                   hyakely@ecl-law.com
rmuth@kilmerlaw.com                     Of Attorneys for Huttig, Inc.
Of Attorneys for Plaintiff

Page 2 - LIMITED JUDGMENT OF DISMISSAL AS TO
DEFENDANT HUTTIG, INC. **ONLY**